IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RAMIREZ,<br><br>    Petitioner,<br><br>  v.<br><br>S. FRAVENHEIN, Warden,<br><br>    Respondent. | No. C 14-3026 RMW (PR)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO PAY FILING FEE<br><br>(Docket No. 6) |

Petitioner, a state prisoner proceeding pro se, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 30, 2014, the court denied petitioner's motion for leave to proceed in forma pauperis, and directed him to pay the $5.00 filing fee within twenty-eight days or face dismissal of this action. (Docket No. 4.) Petitioner has filed a motion requesting a thirty-day extension of time to pay the filing fee because his prison trust account is subject to a thirty day hold for all money order deposits. (Docket No. 6.)

Good cause having been shown, petitioner's motion is **GRANTED**. Petitioner shall pay the $5.00 filing fee **within twenty-eight days** of the filing date of this order or face dismissal of this action without further notice from the court.

This order terminates docket number 6.

IT IS SO ORDERED.

DATED: _____

                                          RONALD M. WHYTE
                                          United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSE RAMIREZ,

        Plaintiff,

  v.

S FRAVENHEIM et al,

        Defendant.

Case Number: CV14-03026 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 12, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Ramirez AK-9279
Pleasant Valley State Prison
PO Box 8500
Coalinga, CA 93210

Dated: November 12, 2014

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk