IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **JOSE ESTRADA RAMIREZ,**<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**SCOTT FRAUENHEIM, WARDEN,**<br><br>　　　　　　　　　　Respondent. | Case No. C 14-3026 RMW  (PR)<br><br>**[] ORDER** |

For good cause shown, respondent is granted until December 31, 2014, within which to file with the court and serve on petitioner an answer. If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court and serving it on respondent within thirty (30) days of receipt of the answer.

**IT IS SO ORDERED**.

Dated: _____

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

1

[] Order Ramirez v. Frauenheim (C 14-3026 RMW (PR))

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RAMIREZ,<br><br>        Plaintiff,<br><br>  v.<br><br>S FRAUENHEIM et al,<br><br>        Defendant. | Case Number: CV14-03026 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 17, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Ramirez AK-9279
Pleasant Valley State Prison
PO Box 8500
Coalinga, CA 93210

Dated: December 17, 2014

                                                Richard W. Wieking, Clerk
                                                By: Jackie Lynn Garcia, Deputy Clerk