IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE RAMIREZ, | ) | No. C 14-3026 RMW (PR) |
| Petitioner, | ) ) | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |
| v. | ) ) | |
| S. FRAVENHEIN, Warden, | ) ) | |
| Respondent. | ) ) | (Docket No. 21) |

Petitioner, a state prisoner proceeding pro se, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 30, 2014, the court issued an order to show cause. (Docket No. 4.) Respondent filed an answer on January 30, 2015. (Docket No. 13.) Petitioner requested and obtained an extension of time to file a traverse. (Docket No. 19.) On February 23, 2015, petitioner filed a traverse. (Docket No. 20.) The petition has been fully briefed and the court will issue an order in due course.

Pending before the court is petitioner's motion requesting appointment of counsel. (Docket No. 21.) Petitioner states that he is Spanish speaking and must rely on an English-Spanish inmate to assist him with his legal work. (Id. at 4.) He further contends that the English-Spanish inmate upon which he relies does not know what to do on his behalf. (Id.) However, petitioner has submitted relevant briefing within time limits and the petition is fully briefed. Accordingly, plaintiff's motion for appointment of counsel is **DENIED**. See Lassiter v. Dep't of Social Services, 452 U.S. 18, 25 (1981) (there is no constitutional right to counsel in a

1  civil case).  This denial is without prejudice to the court's sua sponte appointment of counsel at a
2  future date should the circumstances of this case warrant such appointment.
3      This order terminates docket number 21.
4      IT IS SO ORDERED.
5  DATED: _____

RONALD M. WHYTE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSE RAMIREZ,

        Plaintiff,

  v.

S. FRAVENHEIM et al,

        Defendant.

Case Number: CV14-03026 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 27, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Ramirez AK-9279
Pleasant Valley State Prison
P.O. Box 8500
Coalinga, CA 93210

Dated: April 27, 2015

                                    Richard W. Wieking, Clerk
                                    By: Jackie Lynn Garcia, Deputy Clerk