1

2

3

4

5

6

7

8

9          IN THE UNITED STATES DISTRICT COURT

10        FOR THE NORTHERN DISTRICT OF CALIFORNIA

11   JOSE RAMIREZ,                         )        No. C 14-3026 RMW (PR)
                                           )
12              Petitioner,                )        JUDGMENT
                                           )
13     v.                                  )
                                           )
14   WARDEN S. FRAVENHEIM,                 )
                                           )
15              Respondent.                )
     _____       )

16

17        The court has denied the instant petition for writ of habeas corpus on the merits.

18   Therefore, judgment is entered in favor of respondent.  Petitioner shall take nothing by way of

     his petition.  The clerk shall close the file.

19

20        IT IS SO ORDERED.

     DATED: _____

21                                         RONALD M. WHYTE
                                           United States District Judge
22

23

24

25

26

27

28

Judgment
P:\PRO-SE\RMW\HC.14\Ramirez026jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


JOSE RAMIREZ,

           Plaintiff,

  v.

S FRAVENHEIM et al,

           Defendant.

———————————————————————/

Case Number: CV14-03026 RMW

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 2, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Jose Ramirez AK-9279
Pleasent Valley State Prison
PO Box 8500
Coalinga, CA 93210

Dated: June 2, 2015

                        Richard W. Wieking, Clerk
                        By: Jackie Lynn Garcia, Deputy Clerk